IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-661-FL

| | |
|---|---|
| MICHAEL FRANKLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LELAND DUDEK, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | ORDER |

    This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Brian S. Meyers, regarding plaintiff's motion for judgment as a matter of law. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

    Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is GRANTED, and this matter is REMANDED to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the M&R. The clerk of court is directed to close the case.

    SO ORDERED this the 26th day of February, 2025.

                                                        LOUISE W. FLANAGAN
                                                        United States District Judge